IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BONIFACIO CHAVEZ-TORRES,

      Petitioner,

  v.

NEIL H. ADLER, Warden,

      Respondent.

                                 /

No. C 07-01501 CW

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus Under § 2241,

IT IS ORDERED AND ADJUDGED

That Petitioner Bonifacio Chavez-Torres' Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

Dated at Oakland, California, this 10th day of March, 2009.

VICTORIA MINOR
Clerk of Court

By: *Sheilah Cahill*
      _____
      SHEILAH CAHILL
      Deputy Clerk